IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA　　　　*
　　　　　　　　　　　　　　　　*
　　　　v.　　　　　　　　　　　 *　　Criminal Case No. JKB-00-0143
　　　　　　　　　　　　　　　　*
TIMOTHY A. WARE　　　　　　　　 *
　　　　　　　　　　　　　　　　*
　　　　　　　　　　**************

## ORDER

I have reviewed U.S. Magistrate Judge Stephanie A. Gallagher's September 29, 2016 Report and Recommendations, to which the Government has stated it has no objections. I generally agree with Judge Gallagher's rationale and recommended disposition. Therefore, it is, this 30th day of September, 2016, ORDERED that:

1. Judge Gallagher's Report and Recommendations (ECF No. 257) is ADOPTED as an order of the Court;

2. the Defendant's *pro se* Motions (ECF Nos. 198, 212, 223) are DENIED as superseded;

3. the Defendant's Motion for Sentence Reduction (ECF No. 227) is GRANTED;

4. while Judge Gallagher recommended that the court convene a new sentencing hearing, in light of the Government's concession that a 360 month sentence in now appropriate, no such hearing is necessary and none will be held and a sentence of 360 months will be imposed through entry of a separate order forthwith;

5. the Clerk shall send copies of this Order to counsel for the parties.

James K. Bredar
United States District Judge